IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CAROLYN A. BREWINGTON, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| COMMISSIONER OF SOCIAL SECURITY | : | No. 21-cv-5482 |
| | : | |

**ORDER**

AND NOW on this 29th day of January, 2024, upon consideration of Plaintiff Carolyn A. Brewington's Brief and Statement of Issues in Support of Request for Review (Doc. 8) and Defendant's Response (Doc. 11), it is hereby **ORDERED** that:

1. Plaintiff's Request for Review is **DENIED**;

2. **JUDGMENT** is entered in favor of the Defendant and against Plaintiff;

3. The Clerk of Court is **DIRECTED** to mark this case **CLOSED** for statistical purposes.

BY THE COURT:

/s/ Craig M. Straw
CRAIG M. STRAW
U.S. MAGISTRATE JUDGE